People v Rodriguez (2025 NY Slip Op 06734)

People v Rodriguez

2025 NY Slip Op 06734

Decided on December 3, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LINDA CHRISTOPHER
HELEN VOUTSINAS
LAURENCE L. LOVE
ELENA GOLDBERG VELAZQUEZ, JJ.

2025-05685

[*1]The People of the State of New York, respondent,
v
Michael I. Rodriguez, appellant. (S.C.I. No. 70679/22)

Richard L. Herzfeld, New York, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Christopher Kelly of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Hyun Chin Kim, J.), imposed March 21, 2025, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
Contrary to the defendant's contention, the County Court's explanation regarding the waiver of his right to appeal was not deficient (see People v Gutierrez, 237 AD3d 743, 743; People v Sorino, 235 AD3d 782, 783). Furthermore, since the defendant was advised of the maximum sentence that could be imposed if he failed to comply with the conditions of his interim probation, the valid waiver of his right to appeal precludes appellate review of his contention that the sentence of incarceration imposed upon his failure to so comply was excessive (see People v Humbach, 153 AD3d 637, 638; see also People v Lococo, 92 NY2d 825, 827).
IANNACCI, J.P., CHRISTOPHER, VOUTSINAS, LOVE and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court